**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Luz Paniagua | CHAPTER 13 |
| Debtor(s) | BKY. NO. 25-14777 PMM |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ *Matthew Fissel*
Matthew Fissel
03 Dec 2025, 12:36:33, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322