UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re: | Chapter 13
Luz Paniagua | Bankruptcy No.25-14777-PMM

Debtor

CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection*

*of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case

has been served this 16th day of March, 2026, by first class mail upon those listed below:

Luz Paniagua
731 North Kiowa St.
Allentown, PA  18109

**Electronically via CM/ECF System Only:**

GEORGE M LUTZ ESQUIRE
HARTMAN VALERIANO MAGOVERN & LUTZ PC
1025 BERKSHIRE BLVD SUITE 700
WYOMISSING, PA  19610

*/s/ Kristen Gliem*
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee