**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Luz**        **Paniagua** |
| | First Name     Middle Name     Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name     Middle Name     Last Name |

United States Bankruptcy Court for the: _____ **Eastern** _____ District of _**Pennsylvania**_

Case number   **25-14777**
(if known)

☑ Check if this is an
amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ❑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

3. **Are you claiming a homestead exemption of more than $214,000?**

   (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No

   ❑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ❑ No

       ❑ Yes

| Debtor 1 | **Luz** | | **Paniagua** | Case number *(if known)* **25-14777** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Residential real estate. The scheduled value is based on Realtor.com ($284,100.00) less 20% to reflect the costs and uncertainties of sale.** **731 North Kiowa St. Allentown, PA 18109** <br> Line from *Schedule A/B:* **1.1** | **$227,280.00** | ☑ **$31,575.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(1)** |
| Brief description: **2025 Honda Ridgeline** **The scheduled value of the vehicle is based on NADA/JD Powers ($45,450.00) less 9% to reflect the costs and uncertainties of sale..** <br> Line from *Schedule A/B:* **3.2** | **$41,359.50** | ☑ **$0.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(2)** |
| Brief description: **Household goods and furnishings typical to a 5 bedroom home** <br> Line from *Schedule A/B:* **6** | **$3,000.00** | ☑ **$3,000.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **One individual's wardrobe** <br> Line from *Schedule A/B:* **11** | **$500.00** | ☑ **$500.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **2 dogs** <br> Line from *Schedule A/B:* **13** | **$200.00** | ☑ **$200.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |

| Debtor 1 | **Luz** | | **Paniagua** | Case number *(if known)* **25-14777** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Cash on hand**<br>Line from *Schedule A/B*: **16** | **$40.00** | ☑ **$40.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Checking Account at Wells Fargo Bank/8524**<br>**Checking account**<br>**Acct. No.: 8524**<br>Line from *Schedule A/B*: **17** | **$600.00** | ☑ **$600.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Checking account at Bank of America/7293**<br>**Checking account**<br>**Acct. No.: 7293**<br>Line from *Schedule A/B*: **17** | **$800.00** | ☑ **$800.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

Fill in this information to identify your case:

Debtor 1 __Luz_____ __Paniagua_____
  First Name          Middle Name          Last Name

Debtor 2 _____
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: _____**Eastern**_____ District of __**Pennsylvania**__

Case number (if __**25-14777**__
known)

☑ Check if this is an
amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

1. **Do any creditors have claims secured by your property?**

   ❑ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| Part 1: | List All Secured Claims |
|---|---|

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|
| **2.1** **American Honda Finance Corp.** | Describe the property that secures the claim: | $29,991.00 | $18,052.58 | $11,938.42 |

Creditor's Name

__**Box 168128**_____

Number      Street

**2022 Honda Civic**
**The scheduled value of the vehicle is based on kbb.com ($19,838.00) less 9% to reflect the costs and uncertainties of sale.**

__**Irving, TX 75016**_____
City      State      ZIP Code

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
❑ Statutory lien (such as tax lien, mechanic's lien)
❑ Judgment lien from a lawsuit
☑ Other (including a right to offset)      __**Lien on Vehicle Title**__

**Date debt was incurred** **Opened 12-03-2024**      **Last 4 digits of account number**   x  x  x  x

| Add the dollar value of your entries in Column A on this page. Write that number here: | $29,991.00 |
|---|---|

Official Form 106D      **Schedule D: Creditors Who Have Claims Secured by Property**      page **1** of **4**

| Debtor 1 | **Luz** | **Paniagua** | Case number *(if known)* **25-14777** |
|---|---|---|---|
| | First Name    Middle Name | Last Name | |

| | | | Column A | Column B | Column C |
|---|---|---|---|---|---|
| **Part 1:** | Additional Page | | **Amount of claim** | **Value of collateral that supports this claim** | **Unsecured portion** |
| | **After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.** | | Do not deduct the value of collateral. | | If any |

**2.2**

| American Honda Finance Corp. | Describe the property that secures the claim: | $66,350.00 | $41,359.50 | $24,990.50 |
|---|---|---|---|---|

Creditor's Name

**Box 168128**

Number        Street

**2025 Honda Ridgeline**

**The scheduled value of the vehicle is based on NADA/JD Powers ($45,450.00) less 9% to reflect the costs and uncertainties of sale..**

**Irving, TX 75016**

City        State        ZIP Code

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
❑ Statutory lien (such as tax lien, mechanic's lien)
❑ Judgment lien from a lawsuit
☑ Other (including a right to offset)        **Lien on Vehicle Title**

**Date debt was incurred    Opened Sept. 2025**

**Last 4 digits of account number    x  x  x  x**

**2.3**

| Microf LLC | Describe the property that secures the claim: | $7,500.00 | unknown | $7,500.00 |
|---|---|---|---|---|

Creditor's Name

**2849 Paces Ferry Road SE Ste. 625**

Number        Street

**HVAC System**

**Atlanta, GA 30339**

City        State        ZIP Code

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
❑ Statutory lien (such as tax lien, mechanic's lien)
❑ Judgment lien from a lawsuit
☑ Other (including a right to offset)        **UCC Lien Filed**

**Date debt was incurred    Feb. 2025**

**Last 4 digits of account number    8  7  3  6**

| Add the dollar value of your entries in Column A on this page. Write that number here: | $73,850.00 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | |

Debtor 1   **Luz**              **Paniagua**                      Case number *(if known)* **25-14777**
           First Name    Middle Name    Last Name

| | Part 1: | Additional Page<br>**After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.** | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|---|

**2.4**

**PENNYMAC LOAN SERVICES LLC**
Creditor's Name

**BOX 514387 M**
Number        Street


**Los Angeles, CA 90051**
City          State      ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred**      **Date Opened 08/15/2008**

Describe the property that secures the claim:     **$132,010.71**    **$227,280.00**    **$0.00**

**Residential real estate. The scheduled value is based on Realtor.com ($284,100.00) less 20% to reflect the costs and uncertainties of sale.**
731 North Kiowa St. Allentown, PA 18109

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)      **Mortgage**

**Last 4 digits of account number**   X  X  X  X

---

**2.5**

**SERVICE FINANCE COMPANY**
Creditor's Name
**555 S FEDERAL HWY STE 350**
Number        Street


**Boca Raton, FL 33432**
City          State      ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred**      **Date Opened 02/03/2022**

Describe the property that secures the claim:     **$47,838.00**    **unknown**    **$47,838.00**

**Solar Panels (Installed on roof of residence)**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)      **UCC Filing**

**Last 4 digits of account number**   X  X  X  X

---

| | |
|---|---|
| **Add the dollar value of your entries in Column A on this page. Write that number here:** | **$179,848.71** |
| **If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** | |

Official Form 106D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page **3** of **4**

| Debtor 1 | **Luz** | | **Paniagua** | Case number *(if known)* **25-14777** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| Part 1: | Additional Page **After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.** | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|---|

| 2.6 | **U.S. Department of Housing and Urban Development** | Describe the property that secures the claim: | **$10,522.64** | **$227,280.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**Attn.: Margaret R. Baldwin**

**801 Market Street 12th Floor**

Number       Street

**Philadelphia, PA 19107**

City       State       ZIP Code

**Describe the property that secures the claim:**

**Residential real estate. The scheduled value is based on Realtor.com ($284,100.00) less 20% to reflect the costs and uncertainties of sale.**

731 North Kiowa St. Allentown, PA 18109

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred**       **November 2020**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)       **2nd Mortgage**

**Last 4 digits of account number**       n   o   w   n

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$10,522.64** | |
|---|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$294,212.35** | |