**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| **In re:** | **Chapter 13 Bankruptcy** |
| **LUZ PANIAGUA,** | **Bankruptcy No. 25-14777 PMM** |
| **Debtor** | |

**CERTIFICATE OF SERVICE RE:**
**AMENDED CHAPTER 13 PLAN**

The undersigned, George M. Lutz, Esquire, of Hartman, Valeriano, Magovern & Lutz, P.C., hereby certifies that true and correct copies of the Amended Chapter 13 Plan were served as follows:

1.      On March 17, 2026 via ECF email to:

> MATTHEW K. FISSEL on behalf of Creditor PENNYMAC LOAN SERVICES, LLC
> bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com
>
> United States Trustee
> USTPRegion03.PH.ECF@usdoj.gov
>
> SCOTT F. WATERMAN [Chapter 13]
> ECFMail@ReadingCh13.com

and

2.      On March 17, 2026 as set forth in the Certificate of Service/Declaration of Mailing of BK Attorney Services, LLC, attached hereto as Exhibit A.

> **Respectfully submitted,**
>
> **Hartman, Valeriano, Magovern & Lutz, PC**

by:      _____

**George M. Lutz, Esquire/Pa. Atty. I.D. No 46437**
**1025 Berkshire Boulevard, Suite 700**
**Wyomissing, PA  19610**

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| IN RE: | CASE NO: 25-14777 |
| --- | --- |
| Luz Paniagua | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |
| | ECF Docket Reference No. 16 |

On 3/17/2026, I did cause a copy of the following documents, described below,

Amended Chapter 13 Plan ECF Docket Reference No. 16

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/17/2026

/s/ George M. Lutz, Esquire
George M. Lutz, Esquire  46437
Attorney for Debtor
Hartman, Valeriano, Magovern & Lutz, PC
1025 Berkshire Boulevard, Suite 700
Wyomissing, PA 19610
610-763-0745
glutz@hvmllaw.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

IN RE:

Luz Paniagua

CASE NO: 25-14777

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13
ECF Docket Reference No. 16

On 3/17/2026, a copy of the following documents, described below,

Amended Chapter 13 Plan ECF Docket Reference No. 16

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/17/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
George M. Lutz, Esquire
Hartman, Valeriano, Magovern & Lutz, PC
1025 Berkshire Boulevard, Suite 700
Wyomissing, PA  19610

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

APPLE CARDGS BANK USA
LOCKBOX 6112
BOX 7247
PHILADELPHIA PA 19170-0001

AFFIRM INC
650 CALIFORNIA ST FL 12
SAN FRANCISCO CA 94108-2716

AFFIRM INC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

(P)AMERICAN HONDA FINANCE
P O BOX 168088
IRVING TX 75016-8088

AQUA FINANCE INC
1 CORPORATE DR
WAUSAU WI 54401-1722

CAPITAL ONE
PO BOX BOX 31293
SALT LAKE CITY UT 84131-0293

CITIBANK NA
CITIBANK NA
5800 S CORPORATE PL
SIOUX FALLS SD 57108-5027

GOODLEAP LLC
8781 SIERRA COLLEGE BLVD
ROSEVILLE CA 95661-5920

(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

MARINER FINANCE
8211 TOWN CENTER DR
NOTTINGHAM MD 21236-5904

MICROF LLC
2849 PACES FERRY ROAD SE STE 625
ATLANTA GA 30339-5742

PENNSYLVANIA DEPARTMENT OF REVENUE
BANKRUPTCY DIVISION PO BOX 280946
HARRISBURG PA 17128-0946

QUANTUM3 GROUP LLC AS AGENT FOR
AQUA FINANCE INC
PO BOX 788
KIRKLAND WA 98083-0788

SERVICE FINANCE COMPANY
555 S FEDERAL HWY STE 350
BOCA RATON FL 33432-5546

SYNCBSAMS CLUB DC
BOX 71746
PHILADELPHIA PA 19176-1746

SERVICE FINANCE COMPANY A DIVISION OF TRUIS
PO BOX 1847100500151
WILSON NC 27894-1847

TD BANK NA
PO BOX 1931
BURLINGAME CA 94011-1931

TD RETAIL CARD SERVICESRAYMOUR  FLANAGAN
PO BOX 100114
COLUMBIA SC 29202-3114

TDRCSRAYMOUR  FLANIGAN
1000 MACARTHUR BLVD
MAHWAH NJ 07430-2035

THE HOME DEPOTCITIBANK
PO BOX 6497
POB 6497
SIOUX FALLS SD 57117-6497

(P)US DEPARTMENT OF HOUSING  URBAN DEVELOPME
ATTN OFFICE OF REGIONAL COUNSEL
801 MARKET STREET 12TH FLOOR
PHILADELPHIA PA 19107-3126

WFBNA CARD
BOX 393
MINNEAPOLIS MN 55480-0393

WELLS FARGO BANK NA WELLS FARGO CARD SER
PO BOX 10438 MAC F823502F
DES MOINES IA 50306-0438