United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Luz Paniagua

     Debtor

Case No. 25-14777-pmm

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jun 11, 2026 | Form ID: 155 | Total Noticed: 31 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^        Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Luz Paniagua, 731 North Kiowa St., Allentown, PA 18109-1929 |
| 15075919 | + | Christina Paniagua, 731 North Kiowa St., Allentown, PA 18109-1929 |
| 15080329 | + | Pennymac Loan Services, LLC, KML Law Group, P.C., c/o Matthew Fissel, Esq., 701 Market Street, Suite 5000, Philadelphia PA 19106-1541 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15079726 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jun 12 2026 00:40:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 15075916 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jun 12 2026 00:39:00 | APPLE CARD/GS BANK USA, LOCKBOX 6112, Box 7247, Philadelphia, PA 19170-0001 |
| 15075914 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jun 12 2026 00:38:53 | Affirm Inc., 650 California St. FL 12, San Francisco, CA 94108-2716 |
| 15086415 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 12 2026 00:38:53 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15075915 | + | Email/Text: ebnbankruptcy@ahm.honda.com | Jun 12 2026 00:40:00 | American Honda Finance Corp., Box 168128, Irving, TX 75016-8128 |
| 15075917 | + | Email/Text: bnc-aquafinance@quantum3group.com | Jun 12 2026 00:40:00 | Aqua Finance Inc, 1 CORPORATE DR, Wausau, WI 54401-1722 |
| 15075918 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 12 2026 00:39:11 | CAPITAL ONE, PO Box BOX 31293, Salt Lake City, UT 84131-0293 |
| 15095271 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 12 2026 00:49:29 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15075920 | + | Email/Text: accountresearch@goodleap.com | Jun 12 2026 00:39:37 | GoodLeap, LLC, 8781 SIERRA COLLEGE BLVD, Roseville, CA 95661-5920 |
| 15095451 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 12 2026 00:40:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 15075921 | + | Email/Text: bankruptcy@marinerfinance.com | Jun 12 2026 00:39:00 | MARINER FINANCE, 8211 TOWN CENTER DR, Nottingham, MD 21236-5904 |
| 15098308 | + | Email/Text: bankruptcy@marinerfinance.com | Jun 12 2026 00:39:00 | Mariner Finance, 8110 Corporate Dr, Nottingham, MD 21236-5034 |
| 15075922 | + | Email/Text: bk@microf.com | Jun 12 2026 00:40:00 | Microf LLC, 2849 Paces Ferry Road SE Ste. 625, Atlanta, GA 30339-5742 |
| 15075923 | + | Email/PDF: ebnotices@pnmac.com | Jun 12 2026 00:49:53 | PENNYMAC LOAN SERVICES LLC, BOX 514387 M, Los Angeles, CA 90051-4387 |
| 15080042 | ^ | MEBN | | |

District/off: 0313-4 | User: admin | Page 2 of 3

Date Rcvd: Jun 11, 2026 | Form ID: 155 | Total Noticed: 31

| | | | |
|---|---|---|---|
| | | Jun 12 2026 00:35:14 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15076849 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 12 2026 00:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15088738 | + Email/PDF: ebnotices@pnmac.com | Jun 12 2026 00:49:37 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15088906 | Email/Text: bnc-quantum@quantum3group.com | Jun 12 2026 00:40:00 | Quantum3 Group LLC as agent for, Aqua Finance Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 15075924 | + Email/Text: servicing@svcfin.com | Jun 12 2026 00:39:00 | SERVICE FINANCE COMPANY, 555 S FEDERAL HWY STE 350, Boca Raton, FL 33432-5546 |
| 15075925 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 12 2026 00:38:51 | SYNCB/SAMS CLUB DC, Box 71746,, Philadelphia, PA 19176-1746 |
| 15097742 | Email/Text: bankruptcy@bbandt.com | Jun 12 2026 00:39:00 | Service Finance Company, a division of Truist Bank, PO Box 1847/100-50-01-51, Wilson, NC 27894-1847 |
| 15080563 | ^ MEBN | Jun 12 2026 00:35:23 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 15084125 | Email/Text: bankruptcy@td.com | Jun 12 2026 00:40:00 | TD Retail Card Services/Raymour & Flanagan, PO Box 100114, Columbia, SC 29202-3114 |
| 15075926 | + Email/Text: bankruptcy@td.com | Jun 12 2026 00:40:00 | TDRCS/RAYMOUR & FLANIGAN, 1000 MACARTHUR BLVD, Mahwah, NJ 07430-2035 |
| 15075927 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 12 2026 00:49:29 | THE HOME DEPOT/CITIBANK, PO BOX 6497, POB 6497, Sioux Falls, SD 57117-6497 |
| 15077708 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jun 12 2026 00:39:01 | U.S. Department of Housing and Urban Development, 801 Market Street 12th Floor, Philadelphia, PA 19107 |
| 15075928 | + Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Jun 12 2026 00:38:52 | WFBNA CARD, BOX 393, Minneapolis, MN 55480-0393 |
| 15096041 | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Jun 12 2026 00:38:51 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 28

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15080710 | *+ | Pennymac Loan Services, LLC, KML Law Group, P.C., c/o Matthew Fissel, Esq., 701 Market Street, Suite 5000, Philadelphia PA 19106-1541 |
| 15080704 | *+ | Pennymac Loan Services, LLC, KML Law Group, P.C., c/o Matthew Fissel, Esq., 701 Market Street-Suite 5000, Philadelphia PA 19106-1541 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains

District/off: 0313-4 | User: admin | Page 3 of 3
Date Rcvd: Jun 11, 2026 | Form ID: 155 | Total Noticed: 31

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| George Meany Lutz | on behalf of Debtor Luz Paniagua glutz@hvmllaw.com  HartmanValerianoMagovernLutzPC@jubileebk.net |
| MATTHEW K. FISSEL | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                  )
    Luz Paniagua          )        Case No. 25–14777–pmm
                  )
                  )
    Debtor(s).           )        Chapter: 13
                  )
                  )

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: June 11, 2026               For The Court

                                    Patricia M. Mayer
                                    Judge, United States Bankruptcy Court