Fill in this information to identify your case:

Debtor 1    **Luz**                              **Paniagua**
First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the: _____ **Eastern** _____   District of   **Pennsylvania**

Case number   **25-14777**
(if known)

☑ Check if this is an
amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B:* Property (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).**

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims against you?**
   ☑ No. Go to Part 2.
   ❑ Yes.

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

3. **Do any creditors have nonpriority unsecured claims against you?**

   ❑ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ☑ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | **Total claim** |
|---|---|---|

**4.1**   **Affirm Inc.**

Nonpriority Creditor's Name

**650 California St. FL 12**

Number          Street

**San Francisco, CA 94108**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❑ Yes

Last 4 digits of account number    <u>X</u>  <u>X</u>  <u>X</u>  <u>X</u>          **$319.00**

**When was the debt incurred?**          **Date Opened 09/16/2024**

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**
❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Unsecured Loan**

| Debtor 1 | **Luz** | | **Paniagua** | Case number *(if known)* **25-14777** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.2**

**Affirm Inc.**
Nonpriority Creditor's Name

**650 California St. FL 12**
Number          Street

**San Francisco, CA 94108**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** X X X X

**When was the debt incurred?** Date Opened 09/04/2025

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Unsecured Loan**

**$412.00**

**4.3**

**Affirm Inc.**
Nonpriority Creditor's Name

**650 California St. FL 12**
Number          Street

**San Francisco, CA 94108**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** X X X X

**When was the debt incurred?** Date Opened 09/16/2024

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Unsecured Loan**

**$82.00**

| Debtor 1 | Luz | | Paniagua | Case number *(if known)* **25-14777** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims − Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                                                    **Total claim**

**4.4**

| **APPLE CARD/GS BANK USA** | **Last 4 digits of account number**    **X   X   X   X** | **$2,310.00** |
|---|---|---|

Nonpriority Creditor's Name

**LOCKBOX 6112**

**When was the debt incurred?**          **Date Opened 09/17/2024**

**Box 7247**

Number          Street

**As of the date you file, the claim is:** Check all that apply.

**Philadelphia, PA 19170**

❑ Contingent
❑ Unliquidated
❑ Disputed

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

**Is the claim subject to offset?**

☑ No
❑ Yes

**4.5**

| **Aqua Finance Inc** | **Last 4 digits of account number**    **X   X   X   X** | **$5,137.00** |
|---|---|---|

Nonpriority Creditor's Name

**1 CORPORATE DR**

**When was the debt incurred?**          **Date Opened 01/27/2025**

Number          Street

**As of the date you file, the claim is:** Check all that apply.

**Wausau, WI 54401**

❑ Contingent
❑ Unliquidated
❑ Disputed

City          State          ZIP Code

**Who incurred the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Unsecured Loan**

**Is the claim subject to offset?**

☑ No
❑ Yes

Debtor 1    **Luz**                    **Paniagua**                    Case number *(if known)* **25-14777**
　　　　　　First Name    Middle Name    Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims – Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

### 4.6

**Aqua Finance Inc**
Nonpriority Creditor's Name

**1 CORPORATE DR**
Number          Street

**Wausau, WI 54401**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    X  X  X  X         **$5,993.00**

**When was the debt incurred?**    Date Opened 10/28/2021

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Line of Credit**

### 4.7

**CAPITAL ONE**
Nonpriority Creditor's Name

**PO Box BOX 31293**
Number          Street

**Salt Lake City, UT 84131**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    X  X  X  X         **$349.00**

**When was the debt incurred?**    Date Opened 10/06/2020

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Credit Card**

Debtor 1    **Luz**                **Paniagua**           Case number *(if known)* **25-14777**

       First Name          Middle Name         Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims − Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.8**

| **GoodLeap, LLC** | **Last 4 digits of account number**   X   X   X   X | **$17,894.00** |
|---|---|---|

Nonpriority Creditor's Name

**8781 SIERRA COLLEGE BLVD**

Number        Street

**When was the debt incurred?**     **Date Opened 06/04/2024**

**Roseville, CA 95661**

City        State        ZIP Code

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Unsecured Loan**

**Is the claim subject to offset?**

☑ No
❑ Yes

**4.9**

| **MARINER FINANCE** | **Last 4 digits of account number**   X   X   X   X | **$4,706.00** |
|---|---|---|

Nonpriority Creditor's Name

**8211 TOWN CENTER DR**

Number        Street

**When was the debt incurred?**     **Date Opened 07/24/2023**

**Nottingham, MD 21236**

City        State        ZIP Code

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Unsecured Loan**

**Is the claim subject to offset?**

☑ No
❑ Yes

**Remarks:** Financing of above-ground pool

Debtor 1    **Luz**                          **Paniagua**                    Case number *(if known)* **25-14777**
_____
    First Name        Middle Name        Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims – Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.10**

| **St. Luke's University Health Network** | **Last 4 digits of account number**   **6**   **8**   **6**   **4** | **$3,576.31** |
|---|---|---|

Nonpriority Creditor's Name

**Service Area**

**801 Ostrum Street**

**When was the debt incurred?**     **June 2024**

Number        Street

**Bethlehem, PA 18015**

City        State        ZIP Code

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Medical Bill**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**4.11**

| **SYNCB/SAMS CLUB DC** | **Last 4 digits of account number**   **X**   **X**   **X**   **X** | **$1,103.00** |
|---|---|---|

Nonpriority Creditor's Name

**Box 71746,**

**When was the debt incurred?**     **Date Opened 03/07/2021**

Number        Street

**Philadelphia, PA 19176**

City        State        ZIP Code

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

Debtor 1    **Luz**                        **Paniagua**                    Case number *(if known)* **25-14777**

     First Name         Middle Name        Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims − Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.12**

| **TDRCS/RAYMOUR & FLANIGAN** | **Last 4 digits of account number**   X  X  X  X | **$2,353.00** |
|---|---|---|
| Nonpriority Creditor's Name | | |
| **1000 MACARTHUR BLVD** | **When was the debt incurred?**    **Date Opened 09/06/2024** | |

Number      Street

**Mahwah, NJ 07430**

City      State      ZIP Code

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Charge Card**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**4.13**

| **THE HOME DEPOT/CITIBANK** | **Last 4 digits of account number**   X  X  X  X | **$2,040.00** |
|---|---|---|
| Nonpriority Creditor's Name | | |
| **PO BOX 6497** | **When was the debt incurred?**    **Date Opened 10/21/2023** | |

**POB 6497**

Number      Street

**Sioux Falls, SD 57117**

City      State      ZIP Code

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Charge Card**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

| Debtor 1 | **Luz** | **Paniagua** | Case number *(if known)* **25-14777** |
|---|---|---|---|
| | First Name    Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.14**

| | |
|---|---|
| **WFBNA CARD** | **Last 4 digits of account number**    **X   X   X   X**    $1,227.00 |
| Nonpriority Creditor's Name | |
| **BOX 393** | **When was the debt incurred?**    **Date Opened 06/10/2010** |
| Number            Street | |

**Minneapolis, MN 55480**

City            State            ZIP Code

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

**Is the claim subject to offset?**

☑ No
❑ Yes

Debtor 1  **Luz**                          **Paniagua**                    Case number *(if known)* **25-14777**
_____
        First Name        Middle Name       Last Name

---

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
   **Add the amounts for each type of unsecured claim.**

|  |  |  | **Total claim** |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. **$0.00** |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. **$0.00** |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. **$0.00** |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. **+** **$0.00** |
| | 6e. | **Total.** Add lines 6a through 6d. | 6e. **$0.00** |

|  |  |  | **Total claim** |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. **$0.00** |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. **$0.00** |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. **$0.00** |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. **+** **$47,501.31** |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. **$47,501.31** |

---