**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

|  |  |
|---|---|
| **In re:**<br><br>   **LUZ PANIAGUA,**<br><br>                              **Debtor** | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 25-14777 PMM** |

**CERTIFICATE OF SERVICE RE:**
**NOTICE OF CHAPTER 13 BANKRUPTCY CASE, ET AL**

I, George M. Lutz, Esquire, certify that on June 15, 2026, I did cause true and correct copies of the following:

1.      Notice of Chapter 13 Bankruptcy Case;

2.      Order Confirming Chapter 13 Plan;

3.      Second Amended Chapter 13 Plan; and

4.      Amended Schedule E/F

by First Class United States Mail, postage prepaid on the following:

St. Luke's University Health Network
Service Area
801 Ostrum Street
Bethlehem, PA 18015

Date: June 15, 2026

_____
George M. Lutz, Esquire
Attorney I.D.:  46437
Hartman, Valeriano, Magovern and Lutz, PC
1025 Berkshire Blvd., Ste. 700
Wyomissing, PA  19610
P:  610-763-0745
E:  glutz@hvmllaw.com