Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Luz Paniagua
731 North Kiowa St.
Allentown, PA 18109

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2025 to 07/31/2026
**Chapter 13 Case No. 25-14777-PMM**

Petition Filed Date: 11/23/2025
341 Hearing Date: 01/06/2026
Confirmation Date: 06/11/2026

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/02/2026 | $1,300.00 | | 02/24/2026 | $1,300.00 | | 03/23/2026 | $1,300.00 | |
| 04/22/2026 | $500.00 | | 05/22/2026 | $500.00 | | 06/23/2026 | $500.00 | |
| 07/22/2026 | $500.00 | | | | | | | |

**Total Receipts for the Period: $5,900.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $6,400.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | GEORGE M LUTZ ESQUIRE | Attorney Fees | $3,348.00 | $3,348.00 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 001 | Priority Crediors | $681.79 | $681.79 | $0.00 |
| 2 | US DEPARTMENT OF HUD<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | AMERICAN HONDA FINANCE CORP<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | AMERICAN HONDA FINANCE CORP<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | AMERICAN HONDA FINANCE CORP<br>»» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | TD BANK NA<br>»» 006 | Unsecured Creditors | $2,393.68 | $112.58 | $2,281.10 |
| 7 | AFFIRM INC<br>»» 007 | Unsecured Creditors | $893.68 | $42.03 | $851.65 |
| 8 | PENNYMAC LOAN SERVICES LLC<br>»» 008 | Mortgage Arrears | $316.08 | $316.08 | $0.00 |
| 9 | QUANTUM3 GROUP LLC<br>»» 009 | Unsecured Creditors | $5,849.22 | $275.09 | $5,574.13 |
| 10 | QUANTUM3 GROUP LLC<br>»» 010 | Unsecured Creditors | $5,082.03 | $239.01 | $4,843.02 |
| 11 | CITIBANK NA<br>»» 011 | Unsecured Creditors | $2,051.39 | $96.48 | $1,954.91 |
| 12 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 012 | Unsecured Creditors | $1,046.01 | $49.19 | $996.82 |

**Chapter 13 Case No. 25-14777-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 13 | WELLS FARGO BANK NEVADA NA<br>»» 013 | Unsecured Creditors | $1,199.20 | $56.40 | $1,142.80 |
| 14 | SERVICE FINANCE COMPANY LLC<br>»» 014 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | MARINER FINANCE LLC<br>»» 015 | Unsecured Creditors | $4,870.12 | $229.05 | $4,641.07 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,400.00 | Current Monthly Payment: | $500.00 |
| Paid to Claims: | $5,445.70 | Arrearages: | $0.00 |
| Paid to Trustee: | $492.80 | Total Plan Base: | $31,900.00 |
| Funds on Hand: | $461.50 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.